CO-386-online
10/03

# United States District Court
# For the District of Columbia

Williams Fund Private Equity Group, Inc. )
)
)
)
vs    Plaintiff )    Civil Action No. _____
)
David Engel )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Williams Fund Private Equity Grp. Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Williams Fund Private Equity Grp. Inc.** which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 201830
BAR IDENTIFICATION NO.

Joseph A. Artabane
Print Name

818 18th Street, NW, Suite 410
Address

Washington    DC    20006
City    State    Zip Code

(202) 861-0070
Phone Number