UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAMS FUND PRIVATE EQUITY GROUP, INC.<br>140 Highway One<br>Lewes, DE 19958<br><br>     Petitioner,<br>v.<br><br>DAVID ENGEL<br>1102 Oak Knoll Terrace<br>Rockville, MD 20850<br><br>     Respondent. | Case No.: _____ |

## NOTICE TO COUNSEL OF APPLICATION TO VACATE ARBITRATION AWARD

To:   Jeremy W. Schulman, Esq.
      Shulman Rogers Gandal Pordy & Ecker, P.A.
      11921 Rockville Pike
      Rockville, MD 20852-2743
      (301) 230-5200

YOU ARE HEREBY NOTIFIED that the Petitioner in the above-referenced matter, Williams Fund Private Equity Group, Inc., by and through undersigned counsel, filed an Application to Vacate Arbitration Award and Memorandum of Points and Authorities in Support Thereof on December 29, 2006 pursuant to 9 U.S.C. § 10 and as further detailed in the Application. Petitioner is seeking to vacate the September 27, 2006 Award of Arbitration entered in favor of David Engel by the American Arbitration Association in Case No. 16-168-00185-06 01, which Petitioner received October 3, 2006.

YOU ARE HEREBY FURTHER NOTIFIED that any opposition or other reply intended to be filed by Respondent David Engel must be filed in the U.S. District Court for the District of Columbia utilizing the above-listed case number within the specified response time.

Dated: December 29, 2006

                                            Respectfully submitted,

**WILLIAMS FUND PRIVATE EQUITY GROUP, INC.**

By Counsel

_____
Joseph A. Artabane
D.C. Bar No. 201830
ARTABANE & BELDEN, P.C.
818 18th Street, N.W.
Washington, D.C. 20006
(202) 861-0070 (telephone)
(202) 861-2939 (facsimile)