A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Williams Fund Private Equity Group, Inc.  )
        Plaintiff(s)    )    **APPEARANCE**
                 )
                 )
        vs.    )    CASE NUMBER
David Engel    )
                 )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of **Joseph A. Artabane** as counsel in this
                                (Attorney's Name)

case for: **Williams Fund Private Equity Group, Inc.**
                      (Name of party or parties)

Dec. 29, 2006
Date

*(signature)*
Signature

Joseph A. Artabane
Print Name

818 18th Street, NW, Suite 410
Address

Washington  DC  20006
City    State    Zip Code

(202) 861-0070
Phone Number

D.C. Bar No. 201830
BAR IDENTIFICATION