UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
JAN 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| **WILLIAMS FUND PRIVATE EQUITY GROUP, INC.**<br>140 Highway One<br>Lewes, DE 19958<br><br> Petitioner,<br>v.<br><br>**DAVID ENGEL**<br>1102 Oak Knoll Terrace<br>Rockville, MD 20850<br><br> Respondent. | Case No.: 1:06CV02266 (HHK) |

## CERTIFICATE OF SERVING RESPONDENT & COUNSEL

I hereby certify that on the 3rd day of January, 2007, I caused to be mailed, first-class, postage prepaid, to Respondent David Engel and to Counsel for Respondent David Engel, Jeremy W. Schulman, the following documents: Notice to Counsel of Application to Vacate Arbitration Award, Application to Vacate Arbitration Award and Memorandum of Points and Authorities in Support Thereof, Certificate LCvr 7.1, Initial Electronic Case Filing Order and Application Form, Consent to Proceed Before A United States Magistrate Judge For All Purposes, and Notice of Right to Consent to Trial Before United States Magistrate Judge.

Respectfully submitted,

ARTABANE & BELDEN, P.C.

_____
Joseph A. Artabane
D.C. Bar No. 201830
818 18th Street, N.W.
Washington, D.C. 20006
(202) 861-0070 (telephone)
(202) 861-2939 (facsimile)

Counsel for Petitioner Williams Fund
Private Equity Group, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Certificate of Serving Respondent and Counsel was sent via first class mail, postage prepaid to the following, this 3rd day of January, 2007:

      Mr. David Engel
      1102 Oak Knoll Terrace
      Rockville, MD 20850

      Jeremy W. Schulman, Esq.
      Shulman Rogers Gandal Pordy & Ecker, P.A.
      11921 Rockville Pike
      Rockville, MD  20852-2743

                                  Joseph A. Artabane