UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAMS FUND PRIVATE EQUITY GROUP, INC.,**<br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>**DAVID ENGEL,**<br>　　　　　　　Respondent. | Civil Action 06-02266 (HHK) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 7th day of November ,2007, hereby

**ORDERED** and **ADJUDGED** that judgment is entered for respondent and the arbitration award is **CONFIRMED**.

Henry H. Kennedy, Jr.

United States District Judge