## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAMS FUND PRIVATE EQUITY GROUP, INC., )<br>)<br>Petitioner, )<br>v. )<br>)<br>DAVID ENGEL, )<br>)<br>Respondent. ) | Case No.: 06-02266 (HHK) |

### NOTICE OF APPEAL

Notice is hereby given, this 7th day of December, 2007, that Petitioner Williams Fund Private Equity Group, Inc. hereby appeals to the United States Court of Appeals for the District of Columbia from the judgment of this Court entered on the 7th day of November, 2007 in favor of Respondent David Engel against said Petitioner Williams Fund Private Equity Group, Inc.

Respectfully submitted,

**WILLIAMS FUND PRIVATE EQUITY GROUP, INC.**

By Counsel

/s/ Joseph A. Artabane

Joseph A. Artabane
D.C. Bar No. 201830
ARTABANE & BELDEN, P.C.
818 18th Street, N.W.
Washington, D.C. 20006
jaartabane@artabane-belden.com
(202) 861-0070 (telephone)
(202) 861-2939 (facsimile)

Copies to:

Jeremy W. Schulman, Esq.
Shulman Rogers Gandal Pordy & Ecker, P.A.
11921 Rockville Pike
Rockville, MD  20852-2743